C L I F F O R D

C H A N C E

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**BY FACSIMILE (212-805-7949)**

**MEMO ENDORSED**

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-12

June 7, 2012

*Creagh v. Orangina Schweppes*, 12 Civ. 1545 (PKC)

Your Honor:

We are counsel for three of the defendants in the above-referenced matter. The remaining defendants have not appeared and, to the best of our knowledge, are not represented by US counsel.

Per an Order entered earlier today, the initial pre-trial conference for this matter has been set for June 20, 2012 at 11:00 am. As I explained during a telephone call with chambers earlier today (with my adversary, Reid Kahn of Kane Kessler, on the line), I have a conference with Justice Kapnick in the Supreme Court across the street scheduled for 10:00 am on that date. Because the conference before Justice Kapnick is likely to last a full hour, we respectfully request that the conference in this case be moved to 11:30 am.

Mr. Kahn has indicated that this time is fine for him as well.

Respectfully,

Jeff Butler

cc:  Reid Kahn, Esq.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
June 8, 2012

Conference Adjourned
From: 11:00 am on 6/20/12
To: 11:30 am on 6/20/12