USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Michael Creagh,

                                Plaintiff(s),

    -against-

Orangina Schweppes International, et al.,

                                Defendant(s).
------------------------------------------------------------x

12 Civ. 1545 (PKC)

ORDER OF DISMISSAL

P. KEVIN CASTEL, U.S. District Judge:

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED,** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated.  Any pending motions are moot.  All conferences are vacated.

                                                      P. Kevin Castel
                                               United States District Judge

Dated:   New York, New York
             June 20, 2012